Tyesha Jackson Wise
2057 W 65th Street
Los Angeles, CA 90047
(323) 306-4965
Tjacksonwise@icloud.com
Pro Se

UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TYESHA JACKSON WISE, | Case No. CV14-4448 PSG SHx |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT AND DEMAND FOR JURY TRIAL |
| ALLY BANK, | (UNLAWFUL DEBT COLLECTION PRACTICES) |
| Defendant | |

### VERIFIED COMPLAINT

TYESHA JACKSON WISE ("Plaintiff"), alleges the following against ALLY BANK, ("Defendant"):

### INTRODUCTION

1. Count I of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal Civ. Code §1788 et seq.* (RFDCPA).

2. Count II of the Plaintiffs' Complaint is based on the Telephone Consumer Protection Act, *47 U.S.C. 227 et seq.* (TCPA).

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d),* which states that such actions may be brought and heard before "any appropriate United States district court

-1-
VERIFIED COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein. Jurisdiction of this court arises pursuant to *28 U.S.C. § 1331*.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391 (b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Los Angeles, Los Angeles County, California.

7. Defendant is a debt collector as that term is defined by *15 U.S.C.1692a(6)* and *Cal. Civ. Code §1788.2(c)*.

8. Defendant is a company located in Southfield, Michigan.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Between March 2014 and April 2014, Defendant began placing telephone calls to Plaintiff's cell phone.

11. Upon information and belief, Defendant is placing calls to Plaintiff's cell phone in an attempt to collect a debt allegedly owed by Tyesha Jackson Wise ("Plaintiff").

12. On March 11, 2014, Defendant called Plaintiff's cellular telephone four times, using artificial and/or prerecorded voice technology to coerce payment of alleged debt, with the intent to annoy, abuse or harass Plaintiff. Plaintiff asked Defendant to stop calling

and remove her telephone number. On March 13, 2014 Defendant called Plaintiff's cellular telephone. Plaintiff asked ALLY BANK representative, Aurelia, to stop calling and advised her of the TCPA and RFDCPA violations. On April 21, 2014, Plaintiff faxed a letter to Defendant again informing Defendant to stop calling Plaintiff's cell phone in attempts to collect a consumer debt. *See* copy of letter and fax confirmation, attached hereto as Exhibit A.

13. Despite the aforementioned notice, Defendant continued to place telephone calls, using an automated dialer, to Plaintiff regarding an alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the RFDCPA based on the following:

   a. Violation of *§1788.11(d)* of the RFDCPA by causing Plaintiffs' telephone to ring repeatedly and continuously so as to annoy and harass Plaintiff.

   b. Violation of *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

   c. Violation of the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained with the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff TYESHA JACKSON WISE respectfully request judgment be entered against Defendant ALLY BANK, for the following:

15. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

16. Costs pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and

17. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

19. Defendant initiated at least seventy-nine (79) telephone calls to Plaintiff's telephone line, in which Defendant used, controlled and or operated "automatic telephone dialing systems" as defined by § 227(a)(1) of the TCPA.

20. Defendant initiated at least sixty (60) telephone calls to Plaintiff's cellular telephone, after consent had been revoked, in violation of §227(b)(1)(A)(iii).

WHEREFORE, Plaintiff TYESHA JACKSON WISE respectfully request judgment be entered against Defendant ALLY BANK for the following:

21. Statutory damages of $90,000.00 ($1500 per call), pursuant to the Telephone Consumer Protection Act, *47 U.S.C. 227b(3)(B)*.

22. Costs pursuant to the Telephone Consumer Protection Act, *47 U.S.C. 227b(3)(B)*.

23. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

-4-
VERIFIED COMPLAINT

1 | PLEASE TAKE NOTICE that Plaintiff TYESHA JACKSON WISE, demands a jury trial in this
2 | case.

RESPECTFULLY SUBMITTED,

DATED: June 10, 2014

By: *[signature]*
TYESHA JACKSON WISE
PRO SE
2057 W 65TH STREET
LOS ANGELES, CA 90047
T: (323) 306-4965
Email: Tjacksonwise@icloud.com

-5-
VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff TYESHA JACKSON WISE states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have prepared the above entitled civil Complaint and I believe that all of the facts contained in it are true, to the best of my knowledge.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, TYESHA JACKSON WISE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6/10/14

_____
TYESHA JACKSON WISE

## TRANSACTION REPORT

APR/21/2014/MON 03:04 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | APR/21 | 03:02PM | 913166526349 | 0:01:57 | 10 | MEMORY | OK | SG3 5168 |

▶ Fax

4/21/2014

From: Jackson Wise, Tyesha
Phone: (323) 306-4965
Fax: (310) 248-4664
Company Name:

To: LEGAL DEPARTMENT
Phone: (801) 790-5000
Fax: (316) 652-6349
Company Name: ALLY BANK

**Comments:**

ACCOUNT NUMBER 061-9192-56409

10 PAGES TOTAL, INCLUDING FAX COVER SHEET

Exhibit A

# ▶Fax

4/21/2014

| | |
|---|---|
| From: | Jackson Wise, Tyesha |
| Phone: | (323) 306-4965 |
| Fax: | (310) 248-4664 |
| Company Name: | |
| To: | LEGAL DEPARTMENT |
| Phone: | (801) 790-5000 |
| Fax: | (316) 652-6349 |
| Company Name: | ALLY BANK |

**Comments:**

ACCOUNT NUMBER 061-9192-56409

10 PAGES TOTAL, INCLUDING FAX COVER SHEET

☒ Urgent    ☒ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Exhibit A

April 21, 2014

ALLY BANK
Suite 201
300 Galleria Office Centre
MC: 480-300-226
Southfield, MI 48034

RE: **ACCOUNT** 061-9192-56409

Dear Representative:

Between March 2014 and April 2014, I have been harassed via cell phone by Ally Bank regarding Account Number 061-9192-56409. I have received 38 calls and have advised the representatives on several occasions to stop calling. The representatives have ignored my requests and continue to call my cell phone repeatedly, in violation of the TCPA.

This letter serves as my request for equitable relief. I am providing ALLY BANK the opportunity to make a written offer of settlement of this claim within 30 days. If you fail to make a good faith offer of settlement, I will file the attached complaint in federal court.

I may be reached via U.S. Mail at:

Tyesha Jackson Wise
2057 W 65th Street
Los Angeles, CA 90047

Sincerely,

*[signature]*
Tyesha Jackson Wise

Exhibit A

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
TYESHA JACKSON WISE

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
ALLY BANK

**(b) County of Residence of First Listed Plaintiff** LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
TYESHA JACKSON WISE    (323) 306-4965
2057 W 65TH STREET
LOS ANGELES, CA 90047

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [X] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in this State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify): _____
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes  [ ] No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes  [X] No   [ ] **MONEY DEMANDED IN COMPLAINT:** $ 91,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
47 U.S.C. 227, CA Civ. Code 1788 - Defendant violated RFDCPA and TCPA

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influ-enced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Com-modities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **CV14-4448**

CV-71 (06/14)                    CIVIL COVER SHEET                    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question C.2. |
|---|---|---|
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?  ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court**?   ☐ NO   ☒ YES

If yes, list case number(s): CV14-3837 DSF AGRX; 2:11CV03503 DDP JCG

Civil cases are related when they:

☒ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 6/10/14

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |