1  DAVID A. BERKLEY (State Bar No. 260105)
   db@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
10
   Attorneys for Defendant
11 ALLY FINANCIAL INC.

12

13              UNITED STATES DISTRICT COURT

      CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION
14

15
   TYESHA JACKSON WISE,              Case No. CV14-4448 DDP(JCGx).
16                                   Hon. Dean D. Pregerson
          Plaintiff,                 Ctrm. 3 – Spring Street
17
      vs.                            **STIPULATION FOR DISMISSAL**
18
   ALLY FINANCIAL INC.,              *[Filed concurrently with [Proposed]*
19                                   *Order]*
          Defendant.
20                                   Complaint Filed:   June 10, 2014
                                     FAC Filed:         June 13, 2014
21                                   Trial Date:        None Set

22

23

24

25

26

27

28

   J.1

1    **Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS**

2    **HEREBY STIPULATED** by Plaintiff Tyesha Jackson Wise ("Plaintiff") and

3    Defendant Ally Financial Inc. ("Defendant") that this entire action shall be

4    dismissed with prejudice with respect to all claims asserted against Defendant by

5    Plaintiff.  Each party shall bear its own costs, expenses and fees.

6

7    DATED:  August 24, 2016

8                                                    By: _____

9                                                         Tyesha Jackson Wise
                                                          Plaintiff in Pro Per
10

11

12

13   DATED:  August 24, 2016                SEVERSON & WERSON

14                                           A Professional Corporation

15                                           By: _____

16                                                David A. Berkley
                                             Attorneys for Defendant
17                                           ALLY FINANCIAL INC.

18

19

20

21

22

23

24

25

26

27

28

J.1

## CERTIFICATE OF SERVICE
### *Wise v. Ally Financial Inc., et al.*
**United States District Court of California, Case No. CIV14-4448 DDP(JCGx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On August 24, 2016, I served a true copy of the following document:

**STIPULATION FOR DISMISSAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Tyesha Jackson Wise | Plaintiff, Pro Se |
| 2057 W. 65th St. | |
| Los Angeles, CA 90047 | Telephone: (323) 306-4965 |
| | tjacksonwise@icloud.com |

**BY FEDEX:** I enclosed said document in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 24, 2016, at Irvine, California.



Susan P. Vanderburgh