1
2
3
4  **CLOSED**
5
6
7
8
9
10
11
12
13  **UNITED STATES DISTRICT COURT**
14  **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**
15

| TYESHA JACKSON WISE, | Case No. CV14-4448 DDP(JCGx). |
| Plaintiff, | Hon. Dean D. Pregerson |
| vs. | Ctrm. 3 – Spring Street |
| ALLY FINANCIAL INC., | **ORDER RE DISMISSAL** |
| Defendant. | |

# **ORDER**

Pursuant to the Stipulation of the Parties (Dkt. No. 19), **IT IS SO ORDERED** that this entire action is dismissed with prejudice as to all claims asserted against Defendant Ally Financial Inc. by Plaintiff Tyesha Jackson Wise. Each party shall bear their own costs and attorney's fees.

DATED: August 25, 2016    _____

HONORABLE DEAN D. PREGERSON